

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



## The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 11, 2009**

_(signature)_

**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Global Group, Inc., | § | CASE NO. 09-42719-rfn-11 |
| | § | |
| DEBTOR. | § | Chapter 11 |
| | § | |
| | § | |

### ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§327(a), 328 AND 329 AND BANKRUPTCY RULES 2014 AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP <u>AS FINANCIAL ADVISORS AND CONSULTANTS</u>
(Docket No. 7)

Came on to be considered the Debtor's request for an order relating to the Application for

Order Pursuant to 11 U.S.C. §§327(a), 328 and 329 and Bankruptcy Rules 2014 and 2016

Authorizing the Employment and Retention of Huron Consulting Group ("<u>Huron</u>") as Financial

Advisors and Consultants for the Debtor; (the "<u>Application</u>"); the Court having reviewed the

Application and the declaration of Jerome P. Loughren in support thereof; and that this is a core

proceeding pursuant to 28 U.S.C. § 157(b); it appearing to the Court that Huron does not hold or

Page 1 of 2

represent an interest adverse to the Debtor or its estate; that the employment of Huron is in the best interest of the Debtor, its estate and creditors; and having determined that the legal and factual bases set forth in the Application establish just cause for the relief herein granted to the extent the Debtor seeks to employ Huron. Based on the evidence presented and the arguments of counsel, the Court finds that cause exists to grant the Debtor's Application.

Accordingly, it is hereby ORDERED that:

1.    The Application, to the extent the Debtor seeks to employ Huron as financial advisors and consultants, is hereby granted in accordance with the terms of the Application;

2.    The Debtor is authorized to employ Huron as financial advisors and consultants to the Debtor for the purposes, and on the terms and conditions, described in the Application; and

3.    Huron shall be paid for services rendered to the Debtor on an hourly basis. In addition, Huron shall be reimbursed for out-of-pocket expenses. Huron may file quarterly fee applications with the Court, subject to final application to and approval by this Court.

### End of Order ###